UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FRANCIS H. RUBATINO JR., <br><br> Plaintiff, <br><br> v. <br><br> NANCY BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | CASE NO. 2:17-CV-01834-DWC <br><br> ORDER TO SHOW CAUSE |

Plaintiff Francis H. Rubatino Jr. filed the Complaint in this matter on December 8, 2017. Dkt. 3. The time for serving the summonses and Complaint expired on March 8, 2018, 90 days after the Complaint was filed. *See* Fed. R. Civ. P. 4(l), 4(m). Plaintiff has not filed proof of service with the Court, and Defendant has not entered an appearance in this case. *See generally* Dkt. Plaintiff is ordered to show cause why this case should not be dismissed without prejudice for failure to timely serve. *See id.* at 4(m). Plaintiff must show cause on or before March 19, 2018.

Dated this 12th day of March, 2018.

*[signature]*
David W. Christel
United States Magistrate Judge