UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

FRANCIS H. RUBATINO JR.,

    Plaintiff,

v.

NANCY BERRYHILL, Acting Commissioner of Social Security,

    Defendant.

CASE NO. 2:17-CV-01834-DWC

SECOND ORDER TO SHOW CAUSE

Plaintiff Francis H. Rubatino Jr. filed the Complaint in this matter on December 8, 2017. Dkt. 3. The time for serving the summonses and Complaint expired on March 8, 2018, 90 days after the Complaint was filed. *See* Fed. R. Civ. P. 4(l), 4(m). At that time, Plaintiff had not filed proof of service with the Court. *See generally* Dkt.

On March 12, 2018, the Court ordered Plaintiff to show cause why this case should not be dismissed without prejudice for failure to timely serve by March 19, 2018. *See* Dkt. 6; *see also* Fed. R. Civ. P. 4(m) (emphasis added) ("If a defendant is not served within 90 days after the complaint is filed, the court . . . *must dismiss the action* without prejudice against that defendant

*or order that service be made within a specified time*. But if the *plaintiff shows good cause* for the failure, the court must extend the time for service for an appropriate period.").

Later that day, Plaintiff filed an Affidavit of Service of Summons and Complaint. Dkt. 7. However, as of March 20, 2018, Plaintiff has failed to respond to the Court's Order to Show Cause for why this case should not be dismissed for failure to timely serve. *See generally* Dkt.

Therefore, the Court again orders Plaintiff to show cause for why this case should not be dismissed without prejudice for failure to timely serve. Plaintiff must show cause on or before March 23, 2018, or risk dismissal of this case without prejudice.

Dated this 20th day of March, 2018.

David W. Christel
United States Magistrate Judge